IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MDSAVE SHARED SERVICES, INC. and MDSAVE, INC., | : : : : | |
| *Plaintiff,* | : : | C.A. No. 1:22-cv-01593-RGA |
| v. | : : : | |
| SESAME, INC., | : : : | |
| *Defendant.* | : : | |

**PLAINTIFFS MDSAVE SHARED SERVICES, INC. AND MDSAVE, INC.'S
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs MDSave Shared Services, Inc. and MDSave, Inc. (herein "MDSave" or "Plaintiffs") hereby respectfully move for leave to file a Second Amended Complaint (the "Second Amended Complaint") against Defendant, Sesame, Inc. ("Sesame" or "Defendant"). The details and grounds for this Motion are set forth in MDSave's letter brief in support of this Motion, filed concurrently. Additionally, attached as Exhibit A is MDSave's proposed Second Amended Complaint, and attached as Exhibit B is a redline comparison between MDSave's proposed Second Amended Complaint and the First Amended Complaint (D.I. 16.)

<table>
<tr><td>Dated: July 25, 2023</td><td>**KRATZ & BARRY LLP**<br><br>*/s/ R Touhey Myer*<br>R Touhey Myer (#5939)<br>800 N. West Street<br>Wilmington, DE 19801<br>(302) 527-9378<br>tmyer@kratzandbarry.com<br><br>*Counsel for Plaintiffs,*<br>*MDSave Shared Services, Inc.*<br>*and MDSave, Inc.*</td></tr>
</table>

*Of Counsel:*

**HOLLAND & KNIGHT LLP**
R. David Donoghue (*Pro Hac Vice*)
Anthony Fuga (*Pro Hac Vice*)
Brian Murray (*Pro Hac Vice*)
150 N Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
David.Donoghue@hklaw.com
Anthony.Fuga@hklaw.com
Brian.Murray@hkaw.com

**HOLLOWELL PATENT GROUP LLC**
Kelly J. Hollowell (*Pro Hac Vice*)
1804 Foxhound Lane
Virginia Beach, VA 23454
Telephone: 757-222-8022
Kelly@hpgww.com